|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **EASTERN DISTRICT OF CALIFORNIA** | |
| SHAUNTAE TAYLOR, | ) | Case No.: 1:16-cv-00698-LJO-SAB (PC) |
| Plaintiff, | ) ) | ORDER REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' MAY 18, 2016 DEMAND |
| v. | ) ) | FOR TRIAL |
| C/O J. GREGORY, | ) ) | [ECF No. 19] |
| Defendant. | ) ) ) | |

      Plaintiff Shauntae Taylor is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 18, 2016. This action proceeds on Plaintiff's claim for retaliation in violation of his First Amendment rights against Defendant Officer J. Gregory. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

      On March 21, 2017, Defendant filed an answer and demand for jury trial. (ECF No. 14.) Defendant asserted in the answer that, among other affirmative defenses, Plaintiff failed to exhaust his administrative remedies before filing this suit. (Id. at p. 2.)

      On April 28, 2017, Plaintiff filed a "Response to Defendants May 18, 2016 Demand for Trial," dated April 20, 2017.[1] (ECF No. 19.) Plaintiff asserts in the motion that it is a response to any "misleading statements" in Defendant's demand for jury trial. Plaintiff further asserts that he fully and completely exhausted all his administrative remedies available by state appeal allowance, and he attaches documents in support. The Court construes Plaintiff's motion as a notice of exhaustion of administrative remedies.

---

[1] The May 18, 2016 date appears to be a typographical error, based on the notation in the caption for Defendant's Answer that notes this action was filed on May 18, 2016.

1

When exhaustion of administrative remedies is not jurisdictional, it is an affirmative defense that a defendant has the burden of raising and proving. Jones v. Bock, 549 U.S. 199, 216 (2007). In this case, Defendant has not filed any motion regarding any alleged failure by Plaintiff to exhaust his available administrative remedies. Accordingly, at this time, no further action need be taken regarding Plaintiff's notice.

IT IS SO ORDERED.

Dated:   **May 1, 2017**

_____
UNITED STATES MAGISTRATE JUDGE