# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>C/O J. GREGORY,<br><br>    Defendant. | Case No.: 1:16-cv-00698-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S OPPOSITION TO CONSENT OF MAGISTRATE JUDGE REASSIGNMENT, AND PLAINTIFF'S NOTICE REGARDING DEFENDANT'S DECLINE OF MAGISTRATE JUDGE JURISDICTION<br><br>[ECF Nos. 20, 21] |

Plaintiff Shauntae Taylor is proceeding pro se in this civil rights action pursuant to 28 U.S.C. § 1983. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On April 28, 2017, Plaintiff filed an opposition stating that he requests that this matter not be reassigned to a magistrate judge for all purposes. (ECF No. 20.) Plaintiff also filed a copy of Defendant's decline to consent to the jurisdiction of a United States Magistrate Judge, dated April 11, 2017. (ECF No. 21.)

Plaintiff is advised that an action will not be reassigned to a United States Magistrate Judge to conduct all proceedings, including trial and entry of final judgment, unless all parties consent. 28 U.S.C § 636(c). In this case, the parties have not so consented. (ECF Nos. 3, 18.) Further, the parties are advised that withholding to consent or declining the jurisdiction of a magistrate judge for all purposes will have no effect on the merits of a party's case, or have any adverse substantive consequences.

Accordingly, at this time, no further action need be taken regarding Plaintiff's opposition or notice.

IT IS SO ORDERED.

Dated: __**May 1, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE