UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C/O J. GREGORY,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00698-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR INFORMATION<br><br>(ECF No. 30) |

Plaintiff Shauntae Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for settlement conference before the undersigned at the California State Prison, Corcoran (CSP-COR), 4001 King Avenue, Corcoran, CA 93212 on September 18, 2017, at 8:30 a.m.

Currently before the Court is Plaintiff's request for information, which was dated September 6, 2017, and entered on the docket on September 13, 2017. (ECF No. 30.) Plaintiff seeks clarification, requesting to know if the settlement conference is taking place at CSP-COR, and whether it will be held on September 18, 2017.

Plaintiff is correct. As previously explained in the Court's July 25, 2017 order setting the conference in this case, the settlement conference will be conducted at CSP-COR on September 18, 2017 at 8:30 a.m.

Plaintiff may be in the process of being transported to CSP-COR at this time, and therefore this order may not be received by him prior to the conference. Previously, Plaintiff requested to attend the conference by video conferencing, (ECF No. 27), which was denied, (ECF No. 28). However, the Court notes that Plaintiff now explains in his request for information that he intends to be present for the conference despite the need for transportation to CSP-COR, and his cooperation is appreciated.

Accordingly, Plaintiff's request for information (ECF No. 30) is GRANTED as explained above.

IT IS SO ORDERED.

Dated: **September 14, 2017**         /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE