**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>C/O J. GREGORY,<br><br>    Defendant. | Case No.: 1:16-cv-00698-LJO-SAB (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS<br><br>(ECF No. 36) |

Plaintiff Shauntae Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 18, 2017 a settlement conference was held in this matter before Magistrate Judge Barbara A. McAuliffe, at which this case settled. (ECF No. 32.) On September 20, 2017, a joint stipulation for dismissal with prejudice was filed, (ECF No. 34), and on September 21, 2017, this case was closed, (ECF No. 35).

On November 13, 2017, Plaintiff filed a motion for sanctions, arguing that he has not been compensated according to the terms and conditions of the settlement agreement reached between the parties. The Court finds it appropriate to require a response to Plaintiff's motion.

///

1

Accordingly, it is HEREBY ORDERED that Defendant Gregory shall file a response to Plaintiff's motion for sanctions within **fourteen (14) days** from the date of this order. Plaintiff's reply, if any, shall be filed within **seven (7) days** following service of a response.

IT IS SO ORDERED.

Dated: __**November 16, 2017**__

UNITED STATES MAGISTRATE JUDGE